IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

MACON DIVISION

RECEIVED
CLERK'S OFFICE
2014 APR 18 AM 8:31
MIDDLE DISTRICT GEORGIA
MACON, GEORGIA

NO. **5:14-CV-1**51

Angel Diaz-Miciades Aponte
Petitioner

Inmate Number 1272885

v.

Donald Barrow

Warden
Respondent

HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241

1. Place of detention: Washington State Prison

2. Name and location of court which imposed sentence Superior Court of Gwinnett County, State of Georgia

-1-

3. List the indictment Number(s) (if known) upon which sentence was imposed and the offense(s) for which sentence was imposed. Indictment # 06-B-1397-6 Count 1; V.B.C.S.A: Trafficking in Cocaine (O.C.G.A. 16-13-31[a])

4. Give the date upon which sentence was imposed and the terms of the sentence March 5, 2008, 25 years to Serve in Confinement

5. Check whether a finding of guilty was made

✓ After a plea of guilty

— After a plea of Not guilty

— After a plea of Nolo Contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by — A Jury

✓ A Judge without a Jury

7. Did you appeal from the judgment of Conviction or the imposition of the Sentence?

✓ Yes                    — No

—2—

8. IF you ANSWERED "YES" to #7, LIST:

(a) the NAME of EACH CourT to which you APPEALED:

(1) IMMIGRATION CourT OF APPEALs

(2) _____

(3) _____

(b) The RESULT in each CourT to which you appealed, and the date of Each RESULT:

(1) Filed Nov 13, 2013

(2) Refiled Dee 5, 2013

(3) _____

(c) if Known, The Citations of Any WRITTEN opinions(s) or ORDER(s) entered pursuant to such RESULTs:

(1) REJECTED JAN 27, 2014 As being improperly filed

(2) Order issued 3/21/2014 dismissing the Appeal as UNtimely

(3) _____

(9.) STATE Concisely the grounds on which you base your allegations that you are being held in Custody unlawfully. On 08/11/2008 A Request for deportation became Effective - On 06/18/2013 AN Unbound detainer was Requested - On 09/13/2013 A

-3-

hearing was held at Jackson State Prison, and Petitioner was ordered Removed from the United States, to be deported back to the Dominican Republic by Immigration Judge William A. Cassidy.

That hearing was Conducted without benifit of Counsel.

Petitioner was issued a Release Certificate by the Pardon's & Parole Board on 06/19/13 but was Cancelled out 06/18/13 at 9:07 AM.

Petitioner Recieved a new Sentence Computation Report on 10-17-13 stating that he was Parole ineligible.

On 10-21-2013, Counselor Kimberly Simpson advised Petitioner that the Parole Board would be maxing out his sentence due to ICE decision of not coming to deport him because of his serious Medical Condition, which then became a violation of the Petitioners due Process, not to omit the Petitioner feels the he's being singled out and Discriminated against which is now a violation of Petitioner's 5th, 8th, and 14th Amendment. Being that all other detainees that went before Judge Cassidy on 9-13-13 have already been deported back to their Countires as well as some detainees whom faced deportation after 9-13-13

– 4 –

10. STATE Concisely And in the same order the facts which support each of the grounds set out in #9. Petitioner submits that he is still under the Protection and Laws of the UNITED STATES CONSTITUTION, And The I.N.S. is Violating his Due Process. Petitioner further submits that he, as an incarcerated Alien has a private Right of Action to Require The I.N.S. to began deportation proceedings as Expeditiously as possible, or if I.N.S. does not want to deport Petitioner, then Petitioner feels he should be Allowed to be 'back' Paroled into the UNITED STATES with his wife And Children who are all UNITED STATES Citizens. Right now Petitioner is being held passed his Parole date.

11. HAVE you previously filed petitions for habeas Corpus, Motions under 28 U.S.C.§ 2255, or any other applications, petitions or Motions with Respect to this Conviction?

        — YES                    ✓ NO


12. If your answer is "yes" to #11. List each petition, Motion or application.

    (a) The specific nature thereof:

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF GEORGIA

MACON DIVISION

ANGEL DIAZ Miclades Aponte,
     Petitioner

   V.

Donald Barrow - Warden
     Respondent

:
:
:
:
:
:
:
:

**5 : 14-CV- 151**

HABEAS Corpus

08 U.S.C. § 2241

---

## Notice of Filing

Comes now Petitioner, in the above styled Action Pro-Se, And Hereby gives notice of filing the following documents And Accordingly forwarding by way of U.S. Mail Simultaneously, a 'True and Correct' Copy of the same with 'Certificate of Service' Attached/Annexed to Each thereto upon (DHS/ICE office of Chief Counsel - ATL)

1. Petitioner's - Petition of HABEAS Corpus 28 U.S.C. § 2241
(original and Two (2) Copies)

Respectfully Submitted
/s/ Angel Diaz M. Aponte
Angel Diaz M. Aponte
     Petitioner Pro-SE
G.D.C. #1272885
Washington STATE Prison
P.O. Box 206 - Davisboro, GA 31018

Sworn to And Subscribed before me
This 9th day of April, 2014
/s/ Kimberly R Simpson

MY Comm. EXP

KIMBERLY R. SIMPSON
NOTARY
EXPIRES
GEORGIA
Apr 15, 2017
PUBLIC
WASHINGTON COUNTY

# CERTIFICATE OF SERVICE

I, Angel M. Aponte, hereby Certify that I have cause to be served a copy of the following: "28 U.S.C. § 2241" by sending a true and correct copy of the same by UNITED STATES MAIL in a proper envelope with adequate postage, properly address to:

DHS/ICE Office of Chief Counsel - ATL
180 Spring Street, Suite 332
Atlanta, GA 30303

Office of the Clerk
P.O. Box 128
Macon, GA 31202-0128